**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Steven A. Swan

    v.                      Civil No. 06-cv-404-PB

United States of America


**ORDER**

    Re:   Document No. 3, Motion to Appoint Counsel

    Ruling: Denied without prejudice to refile if an evidentiary hearing is warranted.  See Rule 8(c) 2255 Proceedings.  Since the basis for the petition is straight forward and based upon factual allegations not legal propositions, counsel is not necessary at this point.  I exercise my discretion, therefore, to deny appointment of counsel at this time.  See 18 U.S.C. § 3006A.

                                            _____
                                            James R. Muirhead
                                            U.S. Magistrate Judge

Date: November 17, 2006

cc:   Steven A. Swan, pro se
      William E. Morse, Esq.