UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

    v.                                  Civil No. 06-cv-404-PB

United States of America

**RECUSAL ORDER**

The undersigned hereby recuse themselves from presiding over this case.

**SO ORDERED.**

January 5, 2007                    _____
                                         Steven J. McAuliffe
                                         Chief Judge

January 5, 2007                    _____
                                         Joseph A. DiClerico, Jr.
                                         United States District Judge

January 5, 2007                    _____
                                         James R. Muirhead
                                         United States Magistrate Judge

cc:   Steven A. Swan, pro se
       William E. Morse, Esq.