UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN A. SWAN

vs.                                           MC NO. 07-008ML

UNITED STATES OF AMERICA

## ORDER

The undersigned hereby recuse themselves from participation in the above-referenced matter.

SO ORDERED:

_____
Mary M. Lisi
Chief U.S. District Judge
January 18, 2007

_____
William E. Smith
U.S. District Judge
January 31, 2007

_____
Ernest C. Torres
Senior U.S. District Judge
January 30, 2007