```
                                                    U.S. DISTRICT COURT
                                                     DISTRICT OF N.H.
                                                          FILED

       UNITED STATES DISTRICT COURT                 2007 FEB -8 A 11: 13
         DISTRICT OF NEW HAMPSHIRE
```

Steven A. Swan

.v.   Civil No. 06-cv-404-JAW

United States of America

### ORDER

Pursuant to the provisions of LR 77.5, the above-captioned case has been referred to the District of Maine for consideration by a Maine judicial officer, sitting by designation, due to the recusal of the District of New Hampshire and District of Rhode Island judges. Jurisdiction of the case remains with the New Hampshire District Court.

All original pleadings, motions, memos, and filings will continue to be filed with the Clerk in New Hampshire in accordance with this district's Administrative Procedures for Electronic Case Filing. Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format. Absent a court order to the contrary, no courtesy filings need to be filed in the District of Maine.

By the Court,

February 5, 2007              /s/ Janice E. Boucher
                              Janice E. Boucher
                              Deputy Clerk

cc:   Steven A. Swan, pro se
      William E. Morse, AUSA
      Clerk, U.S. District Court, Maine

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2007 FEB -8 A 11: 13

### Concurring Order

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge **Kravchuk** is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date: 2/6/07

cc: Steven A. Swan, pro se