UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEVEN A. SWAN, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-404-JAW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant | ) |

ORDER TO ANSWER

Steven A. Swan, a prisoner at the Federal Medical Center - Devens, in Ayer, Massachusetts, filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. Insofar as it does not plainly appear from the face of the Motion that Petitioner is not entitled to relief, Rule 4, Rules Governing Section 2255 Cases, it is hereby ORDERED as follows:

1. The Government shall respond to the Motion to Vacate, Set Aside, or Correct, pursuant to Rules 4 and 5, Rules Governing Motions to Vacate; and

2. The response shall be filed with the Court no later than April 16, 2007.

SO ORDERED.

Dated February 12, 2007.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge