UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEVEN A. SWAN, ) | |
| ) | |
|     Petitioner ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-404-JAW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Respondent ) | |

**O R D E R**

Petitioner's Motion to Compel (Docket No. 13) is **DENIED**.  The clerk has responded to the petitioner's request by letter and provided a copy of the docket sheet.  A copy of every order issued by this court will be mailed to the petitioner.  Additionally, as a courtesy to petitioner I have instructed my judicial assistant that to the extent there are any paper documents other than the electronic endorsements that appear on the docket sheet at Docket Nos. 2 and 5, and by Judge Barbadoro's endorsement of November 17, 2006, copies of those pleadings/order will be mailed to petitioner.  No further relief is required.

*So Ordered.*

Dated February 12, 2007                                  /s/ Margaret J. Kravchuk
                                                                     U.S. Magistrate Judge