UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

      v.                           Civil No. 06-cv-404-JAW

United States of America

O R D E R

After due consideration of the objection filed, I herewith approve Recommendation Decision on 2255 Motion and Order Denying Motion to Bar of Magistrate Judge Margaret J. Kravchuk dated July 5, 2007.

    SO ORDERED.


July 25, 2007                          /s/ John A. Woodcock
                                        John A. Woodcock
                                        United States District Judge,
                                        Sitting by Designation


cc:    Steven A. Swan, pro se
       Willliam E. Morse, Assistant U.S. Attorney